IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action No. |
| v. ) | 05-00416-01-CR-W-DW |
| ) | |
| MARION A. ROBINSON, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: Count I-Defendant knowingly distributed 5 grams or more of a mixture containing a detectable amount of cocaine base. Counts II, III and IV– On August 29, 2005, defendant distributed cocaine base; on October 18, 2005, defendant distributed cocaine base and heroin; on October 18, 2005, defendant possessed with intent to distribute cocaine base.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Kathleen Mahoney
    Case Agent: Detective Gary Gibson of the Kansas City Missouri Police Department
    Defense: S. Chase Higinbotham, Jr.

**OUTSTANDING MOTIONS**: Request for Transfer of Custody (doc #22)(Counsel for the defendant will be providing further information, and the undersigned will then rule the motion.)

**TRIAL WITNESSES**:
    Government: 10 witnesses without stipulations; 9 with stipulations
    Defendant: 9 witnesses, defendant may testify

**TRIAL EXHIBITS**:
    Government: 30 exhibits
    Defendant: no more than 10 exhibits

**DEFENSES**: general denial.

**POSSIBLE DISPOSITION**:
    (X ) Definitely for trial; () Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 3 days**
    Government's case including jury selection: 2 days
    Defense case: 1 day

**STIPULATIONS**: The government has proposed stipulations as to the chemist and chain of custody.

**UNUSUAL QUESTIONS OF LAW: None**

**FILING DEADLINES:**

    **Witness and Exhibit List:** To be filed on Friday prior to the Pretrial Conference
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday, March 15, 2006**
    **Please Note**: Jury instructions must comply with Local Rule 51.1.

    **Motions in Limine: None planned**

**TRIAL SETTING**: Case is set on the March 20, 2006 joint criminal docket.
    **Please note**: The parties would prefer the second week of the docket.

**IT IS SO ORDERED.**

                                            */s/ Sarah W. Hays*
                                                SARAH W. HAYS
                                    UNITED STATES MAGISTRATE JUDGE